UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Walter Norton</u>

  v.            No. 06-fp-490

<u>Cross Border Initiative Task Force, et al.</u>


**O R D E R**

  Plaintiff's request to proceed <u>in forma pauperis</u> is granted, but pursuant to 28 U.S.C. § 1915, as amended, the filing fee must be paid as follows: the sum of $18.00 is due no later than February 15, 2007. In addition, 20% of each preceding month's income credited to plaintiff's account to be remitted by the U.S. Penitentiary Canaan when the amount in the account exceeds $10.00 until the sum of $350.00 has been paid. Failure to pay the fee as ordered will result in dismissal of the action without prejudice. In all other respects plaintiff's request for <u>in forma pauperis</u> has been granted.

  This case has been assigned civil number 06-cv-490-PB.

 **SO ORDERED.**

              /s/ James R. Muirhead
              James R. Muirhead
              United States Magistrate Judge

Date: January 11, 2007

cc: Walter Norton, *pro se*
   Bonnie S. Reed, Financial Administrator
   U.S. Penitentiary Canaan, Inmate Accounts