UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Walter Norton</u>

    v.                                        Civil No. 06-cv-490-PB

<u>Cross Border Initiative, et al.</u>


**<u>ORDER ON SERVICE</u>**

    By order dated October 17, 2007, this court directed the United States Marshal for the District of New Hampshire to make service on, <u>inter</u> <u>alia</u>, Mark Rivet.  From a review of the record, it appears that the New Hampshire Marshals Service sent the summons for Rivet to the Massachusetts Marshals Service and requested they effectuate service.  From the return of service, it appears that the Massachusetts Marshals Service delivered the summons to Detective Sergeant William Canty of the Massachusetts State Police.  This method of service clearly is neither authorized by Federal Rule of Civil Procedure 4 nor by the New Hampshire or Massachusetts service statutes.  As a result, the Defendant Rivet has not yet been properly served in this matter.

    It has also come to the court's attention that Defendant Mark Blanchard, who appears from the Complaint to be an

individual Massachusetts State Police Defendant, was inadvertently omitted from the order directing service and has not yet been served.

For the foregoing reasons, the United States Marshal for the District of New Hampshire is directed to make in hand or abode service on Mark Rivet and Mark Blanchard as authorized by Federal Rule of Civil Procedure 4(e)(2) or to effectuate service in some other manner authorized under New Hampshire or Massachusetts state law.  See Fed. R. Civ. P. 4(e)(1).

**SO ORDERED.**

/s/ James R. Muirhead
James R. Muirhead
United States Magistrate Judge

Date:  May 29, 2008

cc:  U.S. Marshal – New Hampshire
     Walter Norton, pro se
     T. David Plourde, AUSA
     Seth R. Aframe, AUSA
     Edmund J. Waters, Jr., Esq.
     Joseph P. Kittredge, Esq.
     William P. Breen, Esq.
     Brian J.S. Cullen, Esq.