UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Walter Norton

       v.                                  Case No. 06-cv-490-PB

Michael O'Shaughnessy, et al.

### O R D E R

      Effective October 1, 2005, Electronic Filing became mandatory in all cases in this district.  In the order granting his pro hac vice admission dated December 1, 2008, Attorney Ryan P. Dunn was notified that his admission was contingent on registering for ECF within 10 days.  On January 7, 2009, the clerk's office emailed Attorney Dunn's partner, Attorney Matthew E. Dwyer, to inform him that Mr. Dunn's ECF registration was past due and to request the he ask Mr. Dunn to register for ECF immediately.  As of this date, Attorney Ryan P. Dunn has not registered for ECF.

      Attorney Dunn shall register for ECF on or before February 6, 2009.  If Attorney Dunn fails to register within this time frame, the court will immediately revoke his pro hac admission status and will remove him as counsel of record in the case without further order of the court.

      SO ORDERED.


Date: January 26, 2009                        */s/ Paul J. Barbadoro*
                                                   Paul J. Barbadoro
                                                   District Judge


cc: Counsel of Record