UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


<u>Walter Norton</u>

    v.                      Case No. 06-cv-490-PB

<u>Cross Border Initiative Task Force, et al.</u>


<u>ORDER</u>

    Re: Document No. 120, Motion for Discovery (to depose defendants)

    Ruling:

Granted in part and denied in part. Plaintiff may take depositions but (1) he must pay in advance for the court reporter and any telephone or video conference expenses and (2) the deponents may be deposed only where they are present at a site in New Hampshire. The court may not expend funds for a civil litigant which Congress has not provided and it may not require defendant's to pay the expense of plaintiff's discovery.


                                        <u>/s/ James R. Muirhead</u>
                                        James R. Muirhead
                                        U.S. Magistrate Judge

Date: March 16, 2009

cc: Walter Norton, Pro se
    Counsel of Record