UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Walter Norton</u>

      v.        Civil No. 06-cv-490-PB

<u>Cross Border Initiative Task Force et al</u>

ORDER STRIKING DOCUMENT IN ACCORDANCE WITH LOCAL RULE 5.2

DOCUMENT/FILER: #144, SURREPLY to Reply to [114] MOTION for Summary Judgment, filed by Walter Norton

DATE FILED: April 13, 2009

 The document above fails to comply with:

 LR 7.1(e)(3)  Surreply memo is not permitted without prior leave of court

 It is herewith ordered that the document is stricken, returned herewith to the submitting party, and must be refiled.

 SO ORDERED.

April 14, 2009

              <u>/s/ Paul Barbadoro</u>
              Paul Barbadoro
              United States District Judge


cc: Walter Norton, pro se
   Counsel of Record